**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**  **CHAPTER 13 NO.:**

**SHERRY K. O'NEAL**  **21-00316 – JAW**

**TRUSTEE'S RESPONSE TO
DEBTOR'S MOTION TO APPROVE SETTLEMENT**

COMES NOW Trustee, Harold J. Barkley, Jr., and files his Response to the Debtor's Motion to Approve Settlement (DK # 36); and in support thereof would most respectfully show unto this Honorable Court as follows:

1. That, the gross settlement proceeds should be delivered to the Trustee for disbursement.

2. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Response be received and filed, and at a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Response, and for such other, further, and general relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: September 11, 2023

Respectfully submitted,

/s/ Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

      I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Edwin Woods, Jr.
lwilkinson@bondnbotes.com

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Hon. William Graves
wgraves@forthepeople.com

Sherry K. O'Neal
6250 Warriors Trail
Vicksburg, MS 39180


Dated:  September 11, 2023

                                                /s/ Harold J. Barkley, Jr.
                                                HAROLD J. BARKLEY, JR.